FILED

2009 Feb-17  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES P. FAHY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 08-J-2416-S |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Plaintiff having filed motion to dismiss (doc. 6), and the court having

considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED, and this action is

DISMISSED WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure.

**DONE** and **ORDERED** this 17th day of February 2009.



_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE